UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL, | No. 2:23-cv-00221 AC P |
| Plaintiff, | |
| v. | ORDER |
| HOGLAND, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The application to proceed in forma pauperis represents that plaintiff has no cash or assets and in the last twelve months has not received any money from a business, profession, or self-employment; stocks, bonds, or royalties; rent payments; pensions, annuities, or life insurance payments; or federal or state welfare payments, social security, or other government sources. ECF No. 4. However, plaintiff's trust account statement, which was filed in several other cases in this district, reflects that as of October 20, 2022,[1] plaintiff's account has a balance of $5,221.90,

////

---

[1] Approximately two months prior to the initiation of this action.

1

with encumbrances of $565.00, for an available balance of $4,656.90.[2]  See Hill v. Qui, No. 2:22-cv-1821 WBS EFB (E.D. Cal.), ECF No. 6 at 1; Hill v. Martini, No. 2:22-cv-1603 KJM AC (E.D. Cal.), ECF No. 10; Hill v. Agonone, No. 2:22-cv-1845 TLN JDP (E.D. Cal.), ECF No. 4 at 1.  It shows that his initial balance on April 1, 2022, was $3,818.37, and that plaintiff received the following deposits: (1) $1,200.00 on April 20, 2022, labeled as a special deposit; (2) $600.00 and $51.47 on April 20, 2022, labeled as miscellaneous income; (3) $1,851.47 on May 20, 2022, labeled as TRACS transfer in; (4) $200.00 on June 14, 2022, labeled as JPAY; and (5) $100.00 on September 20, 2022, labeled as a voluntary withdrawal.  Id.

      These deposits to plaintiff's trust account suggest that plaintiff's claim in his in forma pauperis application that he received no money from any source over the last twelve months and has no cash or assets is not accurate.  Plaintiff will therefore be required to file further briefing addressing: (1) the sources of the funds for the initial balance in his inmate trust account on April 1, 2022, and whether he receives income regularly from any of those sources; (2) the sources of the deposits to his inmate trust account listed above and whether he receives income regularly from any of these sources; and (3) whether he has any recurring expenses for any necessities of life.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file further briefing in support of his request to proceed in forma pauperis as set forth above.  Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED:  June 1, 2023.

                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

---

[2] "[A] court may take judicial notice of its own records in other cases." United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) (citations omitted); Fed. R. Evid. 201(b)(2)).