UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>HOGLAND, et al.,<br><br>  Defendants. | No. 2:23-cv-00221-DAD-AC (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION OF THE ASSIGNED MAGISTRATE JUDGE'S JUNE 1, 2023 ORDER<br><br>(Doc. No. 9) |

Plaintiff Cymeyon Hill is a civil detainee proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2023, plaintiff filed an application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (Doc. No. 4.) On June 1, 2023, the assigned magistrate judge issued an order directing plaintiff to file further briefing in support of that application within twenty-one days of service of that order because plaintiff's trust account statement reflects a balance with sufficient funds to pay the required filing fee and "suggest[s] that plaintiff's claim in his *in forma pauperis* application that he received no money from any source over the last twelve months and has no cash or assets is not accurate." (Doc. No. 8 at 2.) To date, plaintiff has not filed any further briefing in support of his application to proceed *in forma pauperis*.

/////

1

1   Rather, on June 26, 2023, plaintiff filed a document with the title, "plaintiff's motion for
2   reconsideration under a United States District Court Judge's ruling." (Doc. No. 9.) Despite the
3   title of the document, which suggests that plaintiff is requesting reconsideration of the magistrate
4   judge's June 1, 2023 order, the one-sentence body of the document refers to an unspecified
5   settlement conference in which plaintiff was told that his filing fees would "be taken care of" by a
6   settlement agreement. (*Id.*) It is not clear to the court what plaintiff is referring to, though
7   perhaps plaintiff is intending to explain that a settlement agreement is the source of the funds in
8   his trust account. Nevertheless, there is no articulated request for reconsideration of the
9   magistrate judge's June 1, 2023 order in plaintiff's filing. Thus, even construed as a request for
10  reconsideration, plaintiff's request will be denied. The magistrate judge's June 1, 2023 order is
11  not "clearly erroneous or contrary to law." L.R. 303(f); *see also* 28 U.S.C. § 636(b)(1)(A).
12   Accordingly, plaintiff's request for reconsideration of the magistrate judge's June 1, 2023
13  (Doc. No. 9) is denied.
14   IT IS SO ORDERED.
15  Dated:  **July 25, 2023**
16                                                          UNITED STATES DISTRICT JUDGE