1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CYMEYON HILL,                              No.  2:23-cv-00221-DAD-AC (PC)

12                  Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DENYING
14   HOGLAND, et al.,                           MOTION TO PROCEED *IN FORMA*
                                                *PAUPERIS*
15                  Defendants.
                                                (Doc. Nos. 4, 12)
16

17          Plaintiff Cymeyon Hill is a civil detainee proceeding *pro se* in this civil rights action

18   brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 11, 2023, the assigned magistrate judge issued findings and

21   recommendations recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No.

22   4) be denied because it was determined that plaintiff had sufficient funds in his trust account to

23   pay the required filing fee in full.  (Doc. No. 12.)  Those pending findings and recommendations

24   were served on plaintiff and contained notice that any objections thereto were to be filed within

25   twenty-one (21) days after service.  (*Id.* at 5.)  To date, no objections to those findings and

26   recommendations have been filed, and the time in which to do so has now passed.

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has

28   conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the

                                                  1

undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on September 11, 2023 (Doc. No. 12) are adopted;

2.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 4) is denied;

3.  Within thirty (30) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;

4.  Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and

5.  This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE